# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**DAVID RAGSDALE**                                                                                          **PLAINTIFF**

**V.**                         **CASE NO.: 3:14CV00076 BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                             **DEFENDANT**

## JUDGMENT

Plaintiff David Leo Ragsdale's appeal is denied, and judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

DATED this 13th day of January, 2015.

_____
UNITED STATES MAGISTRATE JUDGE